**FILED**
**CLERK**

10:38 pm, Jun 24, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

AMANDA MEO, on behalf of herself and all others
similarly situated,

Plaintiff,

-against-

LANE BRYANT, INC.,

Defendant.

Case No. 18 Civ. 6360 (AKT)

## ORDER APPROVING REVISED SETTLEMENT AGREEMENT
~~[PROPOSED] ORDER OF SETTLEMENT APPROVAL~~

The Court has considered Plaintiff's Motion for Settlement Approval of the Settlement

Agreement (ECF No. 60-2 ("Revised Settlement Agreement")), which was made on May 5, 2021

on consent of Defendant, and orders as follows:

1.      As stated in the Court's July 17, 2020 Order (ECF No. 57), pursuant to the terms

of the Settlement Agreement (ECF No. 55-2), the Court retained jurisdiction over this matter for

purposes of enforcement of the settlement.

2.      Because the Parties renegotiated the settlement in response to Defendant's

bankruptcy filing (ECF No. 59 (Notice of Suggestion of Bankruptcy)), which is consistent with

the De Minimis Claims Order," *In re Ascena retail Group, Inc.*, No. 20-33113, Doc. No. 1110

(E.D. Va. Bankr. Nov. 12, 2020), this matter has been reopened for the limited purpose of

determining whether the Revised Settlement Agreement may be approved.

3.      The Revised Settlement Agreement, including the Plaintiffs' requests for Service

Awards, payment of the Settlement Administrator's costs, and Plaintiffs' Counsel's attorneys' fees

and costs, is fair and reasonable, and adequate to redress Plaintiffs' claims under the Fair Labor

1

Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. ("FLSA") in this action and to compensate Plaintiffs' Counsel on their request for attorneys' fees and costs.

4. As such, the Revised Settlement Agreement is approved in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

5. Pursuant to Section 9.9 of the Revised Settlement Agreement, the Court continues to retain jurisdiction over this matter for purposes of enforcement of the settlement.

SO ORDERED on this __24TH__ day of __JUNE__, 2021

_/s/ AK Tomlinson_
HON. A. KATHLEEN TOMLINSON
United States Magistrate Judge